### J. F. CONNER v. STATE.

No. A-4161.    Opinion Filed Nov. 12, 1923.
(220 Pac. 73.)

Appeal from County Court, Major County; Harry Randall, Judge.

J. F. Conner was convicted of failing and refusing to compel his minor child to attend school, and he appeals. Appeal dismissed.

See, also 24 Okla. Cr. 196, 217 Pac. 226.

Bishop & Roberts, for plaintiff in error.

George F. Short, Atty. Gen., and N. W. Gore, Asst. Atty. Gen., for the State.

PER CURIAM. This is a purported appeal from the county court of Major county, from a judgment rendered on the 5th day of September, 1921, convicting plaintiff in error of the offense of failing and refusing to compel his minor child to attend school as required by law and assessing against him a fine in the sum of $25 and costs of the prosecution.

The petition in error and case-made were not filed in this court until the 5th day of January, 1922, more than 120 days after the rendition of the judgment in the lower court. This

being a conviction for a misdemeanor, the longest period of time allowed by statute for perfecting an appeal from the judgment is 120 days after the rendition thereof.

The appeal is therefore dismissed. Boyle v. State, 15 Okla. Cr. 659, 179 Pac. 945, and cases cited therein.